Louis F. Strawn, Appellee, v. Nicholas Vipond, Appellant.

Gen. No. 6,003.    (Not to be reported in full.)

Appeal from the Circuit Court of Livingston county; the Hon. GEORGE W. PATTON, Judge, presiding. Heard in this court at the October term, 1914. Affirmed. Opinion filed January 6, 1915.

## Statement of the Case.

Bill in equity by Louis F. Strawn against Nicholas Vipond to annul a judgment by confession on a promissory note given by complainant to defendant and to restrain the collection of the note on the ground that the only consideration therefor was losses at gambling at defendant's saloon and gambling house.

The cause was referred to a master in chancery to take evidence and report his conclusions.

The master found the allegations of the bill true and recommended a decree for complainant.

Objections and exceptions were filed and overruled by the master and the chancellor, and a decree for complainant was entered in accordance with the master's findings and recommendations.

From the decree, defendant prosecutes this appeal.

A. W. ALLEN and McDOUGALL & CHAPMAN, for appellant.

LOUIS F. STRAWN, *pro se.*

MR. PRESIDING JUSTICE CARNES delivered the opinion of the court.

## Abstract of the Decision.

EQUITY, § 425*—*when master's findings not disturbed on appeal.* In a suit to annul a judgment by confession on a promissory note

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

and to restrain the collection of the note, on the ground that the consideration for the note was losses of the maker at gambling at defendant's gambling house, where evidence was conflicting and the master to whom the cause was referred found for the complainant, after hearing the witnesses, his conclusion that the weight of the testimony was in favor of complainant will not be disturbed, in the absence of a showing that he erred therein.

---

## Dime Savings & Trust Company, Administrator, Appellee, v. Abraham Jacobson, Appellant.

### Gen. No. 5,888.    (Not to be reported in full.)

Appeal from the Circuit Court of Peoria county; the Hon. LESLIE D. PUTERBAUGH, Judge, presiding. Heard in this court at the October term, 1913. Reversed and remanded. Opinion filed April 15, 1914. Rehearing granted and opinion filed January 6, 1915.

### Statement of the Case.

Action by Dime Savings & Trust Company, administrator *de bonis non* of the estate of Harry Olin, deceased, against Abraham Jacobson, on the latter's note for $500, payable to Olin, and on his check No. 7592 for $525, also payable to Olin.

Plaintiff introduced said instruments in evidence and proved that it had received them from the former administrator and also that the check had been presented for payment to the bank on which drawn and payment refused for want of sufficient funds.

The defense was payment, which as to the note was testified to by defendant's sister and stenographer, who was present at a conversation between defendant and deceased, and as to the check, by a witness who was present at a conversation between defendant and deceased.